No. D–2074. IN RE DISBARMENT OF VEDATSKY. Disbarment entered. [For earlier order herein, see 526 U. S. 1129.]

No. D–2078. IN RE DISBARMENT OF PISANO. Disbarment entered. [For earlier order herein, see 526 U. S. 1156.]

No. D–2079. IN RE DISBARMENT OF QUAINTANCE. Disbarment entered. [For earlier order herein, see 526 U. S. 1156.]

No. D–2081. IN RE DISBARMENT OF BERFIELD. Disbarment entered. [For earlier order herein, see *ante*, p. 1001.]

No. D–2082. IN RE DISBARMENT OF LOPEZ. Disbarment entered. [For earlier order herein, see *ante*, p. 1002.]

No. D–2083. IN RE DISBARMENT OF GOBLE. Disbarment entered. [For earlier order herein, see *ante*, p. 1019.]

No. D–2084. IN RE DISBARMENT OF GIAMANCO. Disbarment entered. [For earlier order herein, see *ante*, p. 1019.]

No. D–2085. IN RE DISBARMENT OF MAGLARAS. Disbarment entered. [For earlier order herein, see *ante*, p. 1019.]

No. D–2086. IN RE DISBARMENT OF SMITH. Disbarment entered. [For earlier order herein, see *ante*, p. 1019.]

No. D–2090. IN RE DISBARMENT OF BONCEK. Disbarment entered. [For earlier order herein, see *ante*, p. 1032.]

No. D–2098. IN RE DISBARMENT OF HARRIS. Robert H. Harris, of Woodmere, N. Y., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2099. IN RE DISBARMENT OF HERNANDEZ. Rodolfo Hernandez, of El Paso, Tex., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.